

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

James Mark Lee,

Vs. No. 11-21-00004-CV

Carlene Fay Lee,

\* From the 318th District Court
of Midland County,
Trial Court No. FM67539.

\* April 15, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered James Mark Lee's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion the appeal is dismissed. The costs incurred by reason of this appeal are taxed against James Mark Lee.